# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Anthony Pipitone et al.</u>

2. Related Magistrate Docket Number(s): <u>Not Applicable</u>

3. Arrest Date: <u>Not Applicable</u>

4. Nature of offense(s): ☒ Felony     **1:22-cr-00355(ARR)(RER)**
                                 ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks ☒
                                More than 6 weeks ☐

7. County in which crime was allegedly committed:
   <u>Queens, Kings, and Nassau</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]    ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?    ☒ Yes   ☐ No

10. Have arrest warrants been ordered?    ☒ Yes   ☐ No

11. Is there a capital count included in the indictment?    ☐ Yes   ☒ No

                                               BREON PEACE
                                               United States Attorney

                      By: _____
                             Tanya Hajjar
                             Drew Rolle
                             Anna Karamigios
                             Assistant U.S. Attorneys
                             (718) 254-7000

---

[1]   Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12